1   McGREGOR W. SCOTT
United States Attorney
2   KENDALL J. NEWMAN
Assistant U.S. Attorney
3   501 I Street, Suite 10-100
Sacramento, California 95814-2322
4   Telephone: (916) 554-2821

5   Attorneys for Plaintiff
United States of America
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )       NO.2:08-CV-02452-LKK-EFB
                                        )
12                  Plaintiff,          )       JUDGMENT ON DEFAULT
                                        )       (STUDENT LOANS)
13            v.                        )
                                        )
14   TIMOTHY J. LOPEZ,                  )
                                        )
15                  Defendant.          )
                                        )
16

17        In the above-entitled action, the defendant was properly served with the Summons and

18   Complaint; defendant failed to appear or answer within the time provided by law; and default has

19   been duly entered.  Plaintiff's claim against the defendant is for a sum certain, and for interest which

20   can by computation be made certain, and for costs.  A declaration on behalf of the plaintiff, required

21   by Rule 55 of the Federal Rules of Civil Procedure, has been filed setting forth the amounts due to

22   plaintiff from the defendant in accordance with the prayer of the complaint, and also setting forth

23   that defendant is not an infant or incompetent person or in the military service of the United States

24   within the meaning of the Servicemember's Civil Relief Act of 2003.

25        Accordingly, pursuant to Fed. R. Civ. P. 55(b)(1), judgment is entered in favor of plaintiff

26   United States of America and against defendant Timothy J. Lopez , as follows:

27        a. Unpaid principal and accrued interest to the date of judgment in the total amount of

28   $94,193.08; and

                                              1

1    b.  Court costs, process of service fees and docket fees in the total amount of $452.00,

2    pursuant to 28 U.S.C. §§ 1920, 1921 and 1923.

3         The total judgment is in the amount of $94,645.08.  Post-judgment interest accrues on the

4    judgment at the legal rate of 0.96% per annum, computed daily and compounded annually until paid,

5    pursuant to 28 U.S.C. § 1961.

6    DATE JUDGMENT ENTERED: _January 22, 2008_____

7

8                              Victoria C. Minor, Clerk

9

10   By: _____

11   Deputy Clerk
     United States District Court
     Eastern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28