1  McGREGOR W. SCOTT
   United States Attorney
2  KENDALL J. NEWMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2821

5  Attorneys for Plaintiff
   United States of America
6
7
8             IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )   NO.2:08-CV-02452-LKK-EFB
                                     )
12              Plaintiff,            )   JUDGMENT ON DEFAULT
                                     )   (STUDENT LOANS)
13        v.                          )
                                     )
14 TIMOTHY J. LOPEZ,                 )
                                     )
15              Defendant.            )
                                     )
16 _____

17        In the above-entitled action, the defendant was properly served with the Summons and
18 Complaint; defendant failed to appear or answer within the time provided by law; and default has
19 been duly entered. Plaintiff's claim against the defendant is for a sum certain, and for interest which
20 can by computation be made certain, and for costs. A declaration on behalf of the plaintiff, required
21 by Rule 55 of the Federal Rules of Civil Procedure, has been filed setting forth the amounts due to
22 plaintiff from the defendant in accordance with the prayer of the complaint, and also setting forth
23 that defendant is not an infant or incompetent person or in the military service of the United States
24 within the meaning of the Servicemember's Civil Relief Act of 2003.
25        Accordingly, pursuant to Fed. R. Civ. P. 55(b)(1), judgment is entered in favor of plaintiff
26 United States of America and against defendant Timothy J. Lopez, as follows:
27        a. Unpaid principal and accrued interest to the date of judgment in the total amount of
28 $94,193.08; and

b. Court costs, process of service fees and docket fees in the total amount of $452.00, pursuant to 28 U.S.C. §§ 1920, 1921 and 1923.

The total judgment is in the amount of $94,645.08. Post-judgment interest accrues on the judgment at the legal rate of 0.96% per annum, computed daily and compounded annually until paid, pursuant to 28 U.S.C. § 1961.

DATE JUDGMENT ENTERED: January 22, 2009

Victoria C. Minor, Clerk

By: _____
Deputy Clerk
United States District Court
Eastern District of California